1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17

| | |
|---|---|
| ALBERTO RIOS, | ) Case No. CV 13-6757-PSG (SP) |
| Plaintiff, | ) |
| v. | ) **ORDER ACCEPTING REPORT AND** |
| | ) **RECOMMENDATION OF UNITED** |
| CAROLYN W. COLVIN, Acting | ) **STATES MAGISTRATE JUDGE** |
| Commissioner of Social Security | ) |
| Administration, | ) |
| Defendant. | ) |
| | ) |

18
19
20
21
22

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

23
24
25

IT IS THEREFORE ORDERED that Judgment be entered affirming the decision of the Commissioner denying benefits, and dismissing this action with prejudice.

26
27
28

Dated: **3/18/15**

HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE